# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
06/08/2018
Clerk, U.S. District Court
Western District of Texas

By: _____RRV_____
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:18-M -04283(1) - MAT |
| | § |
| (1) HECTOR FRANCISCO LIMA-CANTE | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **06/05/2018** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The Defendant, Hector Francisco LIMA-Cante, an alien to the United States and a citizen of Guatemala, entered the United States from the Republic of Mexico by crossing the Rio Grande River approximately 3.1 miles west of the Ysleta Port-of-Entry on June 5, 2018, at Ysleta, Texas, in the Western District of Texas. The place where the Defendant entered is not designated as a Port of Entry by immigration officers."*

Continued on the attached sheet and made a part of hereof:   **X** Yes   ☐ No

Sworn to before me and subscribed in my presence,

Signature of Complainant
Munguia, Nestor
Border Patrol Agent

06/08/2018                                   at   EL PASO, Texas
File Date                                         City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE           Signature of Judicial Officer

WESTERN DISTRICT OF TEXAS

(1) HECTOR FRANCISCO LIMA-CANTE

FACTS   (CONTINUED)

The Defendant, Hector Francisco LIMA-Cante, an alien to the United States and a citizen of Guatemala, entered the United States from the Republic of Mexico by crossing the Rio Grande River approximately 3.1 miles west of the Ysleta Port-of-Entry on June 5, 2018, at Ysleta, Texas, in the Western District of Texas. The place where the Defendant entered is not designated as a Port of Entry by immigration officers.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
NONE

CRIMINAL HISTORY:
NONE

# United States District Court
## Western District of Texas
## El Paso Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § § § |
| vs. | §  No: EP:18-M -04283(1) |
| **(1) HECTOR FRANCISCO LIMA-CANTE** | § § § § |
| *Defendant* | |

## ORDER APPOINTING COUNSEL

The above Defendant has testified under oath, or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Therefore, in the interests of justice, Sergio Roldan, is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of the Court.

It is, accordingly, so **ORDERED** this the 8th day of June, 2018.

_____
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number: EP:18-M -04283(1) |
| | § | |
| (1) HECTOR FRANCISCO LIMA-CANTE | § | |

ORDER SETTING MISDEMEANOR ARRAIGNMENT/SENTENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set before the **HONORABLE U.S. MAGISTRATE MIGUEL A. TORRES** for **MISDEMEANOR ARRAIGNMENT/SENTENCE**, **June 18, 2018 at 09:30 AM** in **Magistrate Courtroom, Room 712.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

**IT IS SO ORDERED** this **06/08/2018.**

_____
**MIGUEL A. TORRES**
**UNITED STATES MAGISTRATE JUDGE**

(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

FILED
06/18/2018
Clerk, U.S. District Court
Western District of Texas

By: _____RRV_____
Deputy

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | CASE NUMBER: EP:18-M -04283(1) - MAT |
| vs. | § | USM Number: |
| | § | |
| (1) HECTOR FRANCISCO LIMA-CANTE | § | |

Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Hector Francisco Lima-Cante, was represented by counsel, Sergio Roldan.

The defendant pled guilty to the complaint on June 18, 2018. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | June 05, 2018 |

As pronounced on June 18, 2018, the defendant is hereby committed to the custody of the United States Bureau of Prisions for a term of **Time Served.** The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

Signed this the 18th day of June, 2018.

_____
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE